13969

HATCHELL v. CAROLINA MUTUAL INS. CO.

(177 S. E., 897)

488

Messrs. *Nathans & Sinkler,* for appellant,

Messrs. *McEachin & Townsend, H. M. Britt*·and *Joe P. Lane,* for respondent,

January 9, 1935.

The opinion of the Court was delivered by MR. C. J. RAMAGE, ACTING ASSOCIATE JUSTICE.

This is an appeal from an order of Judge Sharkey overruling a demurrer to a complaint, which will be set out in the report of the case.

On the authority of the following cases, the order below is affirmed: *Riley v. Askin & Marine Co.,* 134 S. C., 198,

132 S. E., 584, 46 A. L. R., 558; *Bosdell v. Dixie Stores Co.*, 168 S. C., 529, 167 S. E., 834; *Williamson v. Askin & Marine Co.*, 138 S. C., 47, 136 S. E., 21.

These and other cases sustain the Court below.

Affirmed.

MESSRS. JUSTICES STABLER, CARTER and BONHAM and MR. ACTING ASSOCIATE JUSTICE J. HENRY JOHNSON, CIRCUIT JUDGE, concur.